**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 10-cr-00224-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    VENIETO J. MONTELONGO,

       Defendant.

___

**MINUTE ORDER**
___

BY ORDER OF JUDGE LEWIS T. BABCOCK

    This will confirm that, pursuant to Defendant's Notice of Disposition (Doc 16 - filed August 4, 2010), a change of plea hearing regarding Defendant Montelongo is set **Wednesday, September 29, 2010 at 9:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present.

Dated: August 6, 2010