IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK

_____

Courtroom Deputy:  LaDonne Bush           Date: March 2, 2011
Court Reporter:    Darlene Martinez       Probation: Michelle Means

_____

Criminal Action No. 10-cr-00224-LTB-1        <u>Counsel:</u>

UNITED STATES OF AMERICA,                    M.J. Menendez

     Plaintiff,

v.

1. VENIETO J. MONTELONGO,                    Matthew Golla

     Defendant.

_____

COURTROOM MINUTES - SENTENCING
_____

9:03 a.m.     Court in session.

Defendant is present and in custody.

> Defendant plead guilty to Counts One, Two, Three, and Four of the Indictment on November 9, 2010.

Statements by Mr. Golla, Ms. Menendez and Defendant.

**ORDERED**: Government's Motion for Reduction in Base Offense Level [39] is granted.

**ORDERED**: Defendant's Motion for Downward Departure From Advisory Guidelines or a Sentence Variance Below the Advisory Guideline Range [36] is denied.

**ORDERED**: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the court that Defendant is hereby committed to the custody of the Bureau of

                Prisons to be imprisoned for a term of 46 months on each count with the sentence to run concurrently.

**ORDERED**: Upon release from imprisonment, Defendant shall be placed on supervised release for a period of three years on each count to run concurrently.

**ORDERED**: Conditions of supervised release:
- (X) Within 72 hours of release from the custody of the Bureau of Prisons, Defendant shall report in person to the probation office in the district to which Defendant is released.
- (X) Defendant shall not commit another federal, state or local crime.
- (X) Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.
- (X) Defendant shall comply with standard conditions as adopted by the court.
- (X) Defendant shall not unlawfully possess a controlled substance.
- (X) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at two periodic drug tests thereafter.
- (X) Defendant shall cooperate in the collection of DNA as directed by the probation officer.

**SPECIAL CONDITIONS** of supervised release:
- (X) Defendant shall participate in and successfully complete a program of testing and/or treatment for drug abuse as directed by the probation officer until such time as Defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant shall pay for the cost of treatment as directed by the probation officer.
- (X) Defendant shall participate in and successfully complete a program of mental health treatment as approved by the probation officer until such time as Defendant is released from the program by the probation officer. Defendant shall pay the cost of treatment as directed by the probation officer. The probation officer is authorized to disclose to the treatment agency all psychological reports and/or the presentence report for continuity of treatment.
- (X) With the exception of Defendant's immediate family members, Defendant shall not associate with individuals suspected of gang ties during the entire tenure of supervised release.

**ORDERED:** Defendant shall pay a special assessment fee of $100 on each of the four counts for a total of $400 which is due and payable immediately.

**ORDERED:** Fine is waived because Defendant has no ability to pay a fine.

Defendant advised of right to appeal.

Court recommends credit for time served of 170 days.

Defendant is remanded to the custody of the United States Marshal.

9:43 a.m    Court in recess.

Hearing concluded
Time: 00:40