**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   10-cr-00224-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. VENIETO J. MONTELONGO,

    Defendant.

---

ORDER

---

    PURSUANT to and in accordance with the Supervised Release Violation hearing held before the Honorable Lewis T. Babcock, United States District Judge, on November 10, 2015, it is hereby

    ORDERED that Defendant Venieto J. Montelongo is sentenced to **TIME SERVED.**

    Dated:  November 10, 2015.

                           BY THE COURT:

                           s/Lewis T. Babcock
                           LEWIS T. BABCOCK,
                           UNITED STATES DISTRICT JUDGE